916

No. 914. GULF OIL CORP. *v.* CORPORATION COMMISSION OF OKLAHOMA ET AL.

*Per Curiam:* The motion to affirm is granted and the judgment is affirmed. MR. JUSTICE FRANKFURTER, MR. JUSTICE DOUGLAS, and MR. JUSTICE BRENNAN would note probable jurisdiction and set the case for argument. *Richard B. McDermott* and *James B. Diggs* for appellant. *Mac Q. Williamson,* Attorney General of Oklahoma, *Richard M. Huff,* Assistant Attorney General, *Charles R. Nesbitt* and *Ferrill H. Rogers* for appellees.

No. 933. COVEY, COMMITTEE, *v.* TOWN OF SOMERS. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied. *Adolph I. King, Samuel M. Sprafkin* and *Mandel Matthew Einhorn* for appellant. *Otto E. Koegel* and *Harry H. Chambers* for appellee.

No. 936. STARR ET AL. *v.* NASHVILLE HOUSING AUTHORITY ET AL. *Per Curiam:* The motions to affirm are granted and the judgment is affirmed. *Berman* v. *Parker,* 348 U. S. 26. *Robert E. Sher, Abraham J. Harris* and *William Waller* for appellants. *Solicitor General Rankin, Assistant Attorney General Morton* and *Roger P. Marquis* for the Housing and Home Finance Agency et al., *Albert Williams* and *Kenneth Harwell* for the Nashville Housing Authority, and *K. Harlan Dodson, Jr.* for the City of Nashville, appellees.